**Entered on Docket**
**April 28, 2010**

*Bruce A. Markell*

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

C. Andrew Wariner, Esq. SBN 003228
Nevada Bar No. 003228
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 953-0404
Facsimile: (702) 989-5388
E-Mail: awariner@lvbklaw.com
*Attorney for Debtors, Edward and Laura McSwain*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EDWARD LAWRENCE MCSWAIN and LAURA MCSWAIN, d/b/a TRUSTEES OF THE LLMR TRUST,<br><br>Debtors. | Case No. 10-16617-bam<br><br>Chapter 13<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A |

### EX-PARTE ORDER DISMISSING DEBTORS, EDWARD LAWRENCE MCSWAIN and LAURA MCSWAIN, d/b/a TRUSTEES OF THE LLMR TRUST FROM CHAPTER 13 CASE

The Debtors, EDWARD LAWRENCE MCSWAIN and LAURA MCSWAIN, d/b/a TRUSTEES OF THE LLMR TRUST, are requesting a dismissal of the above Debtors' Chapter 13 bankruptcy case.

**IT IS ORDERED** that the Debtors, EDWARD LAWRENCE MCSWAIN and LAURA MCSWAIN, d/b/a TRUSTEES OF THE LLMR TRUST, are hereby dismissed from the above-captioned case.

Submitted by:

By:   /s/ C. Andrew Wariner
      C. Andrew Wariner, Esq. SBN 003228
      Nevada Bar No. 003228
      823 Las Vegas Blvd., South, Suite 500
      Las Vegas, NV 89101
      Attorney for Debtors

###